# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| Aimee Allen, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Equifax Information Services, LLC, | )  Case No.: 2:21-cv-2522 |
| Experian Information Solutions, Inc., and | ) |
| PennyMac Loan Services, LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT AS TO DEFENDANT
## EXPERIAN INFORMATION SOLUTIONS, INC.

NOTICE IS HEREBY PROVIDED that Aimee Allen ("Plaintiff") and defendant Experian Information Solutions, Inc. ("Defendant") have reached a settlement in principle. Plaintiff and Defendant anticipate needing approximately 60 days to document and conclude the settlement. Plaintiff will thereafter file a voluntary dismissal or otherwise move for a dismissal of Defendant. If the settlement is not concluded within the next 60 days, Plaintiff will timely notify the Court.

Respectfully submitted,

**Callahan Law Firm**

Dated: February 1, 2022    By: /s/ James Crump
James Crump, KS 78704
Ryan M. Callahan, KS 25363
Callahan Law Firm, LLC
222 W. Gregory Blvd., Ste. 210
Kansas City, MO 64114
Telephone:    (816) 822-4041
Email: James@callahanlawkc.com
Email: Ryan@callahanlawkc.com

**Kazerouni Law Group**

Anthony P. Chester
Kazerouni Law Group, APC
120 South 6th Street, Suite 2050
Minneapolis, MN 55402
Telephone:     (952) 225-5333
Facsimile:      (800) 635-6425
Email: tony@kazlg.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022, a copy of the foregoing **Notice of Settlement** was filed electronically.  Notice of this filing will be sent to the following parties via electronic mail on the same date as filing at the addresses below.  Notice will also be sent contemporaneously to the time of filing via the Court's cm/ecf filing system.

Equifax Information Services, LLC
c/o Guillermo Gabriel Zorogastua – gzorogastua@polsinelli.com

PennyMac Loan Services, LLC
c/o Megan A. McCurdy – megan.mccurdy@stinson.com
Wesley Joshua Pluviouse-Philip – Wesley.pluviouse@stinson.com

Experian Information Solutions, Inc.
c/o G. Edgar James – ejames@jamessobba.com
Lawrence E. Nordling – lnordling@jamessobba.com

Experian Information Solutions, Inc.
c/o Mara Case – mcase@jonesday.com

By: /s/ James Crump
James Crump, *Attorney for Plaintiff*