(Rev. 12/1/15)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

AIMEE ALLEN,

            Plaintiff,

v.                                                      Case No.   21-2522-DDC-GEB

EQUIFAX INFORMATION SERVICES,
LLC, et al.,

            Defendants.

## INITIAL ORDER REGARDING PLANNING AND SCHEDULING

      Fed. R. Civ. P. 1 mandates the "just, speedy, and inexpensive" determination of all civil cases.  With this goal in mind, the undersigned U.S. Magistrate Judge, Gwynne E. Birzer, will conduct a scheduling conference in this case in accordance with Fed. R. Civ. P. 16 on **March 30, 2022, at 11:00 a.m.**  The conference will be held by telephone.  Participants shall dial into the conference call at 888-363-4749, enter access code 9686294#, and follow the prompts to join the call.

      The parties, in person and/or through counsel, must confer as required by Fed. R. Civ. P. 26(f) by **March 9, 2022**.  Generally, discussion at this planning conference must address the nature and basis of the parties' claims and defenses; the possibilities of settling or resolving the case, including the use of mediation or other methods of alternative dispute resolution; making or at least arranging for the disclosures required by

1

Fed. R. Civ. P. 26(a)(1); any issues about preserving discoverable information; and development of a proposed discovery plan. More specifically, the agenda items that must be addressed during this conference include those set out in Fed. R. Civ. P. 16(c)(2)(A)-(P), Fed. R. Civ. P. 26(f)(3)(A)-(F), <u>and</u> the planning report form that is attached to this order and that is also posted on the court's website:

*http://ksd.uscourts.gov/wp-content/uploads/2018/01/Report-of-Parties-Planning-Conference.docx*

By **March 23, 2022**, plaintiff(s) must submit the completed report of the parties' planning conference to the chambers of the undersigned magistrate judge, **along with copies of the parties' Rule 26(a) initial disclosures.** The report must follow the prescribed form and must be submitted electronically in .pdf format as an attachment to an e-mail sent to *ksd_birzer_chambers@ksd.uscourts.gov*. It must <u>not</u> be filed with the Clerk's Office.

If you have questions concerning the requirements of this order, please contact the undersigned judge's chambers at 316-315-4360, or by e-mail at: *ksd_birzer_chambers@ksd.uscourts.gov*.

IT IS SO ORDERED.

Dated February 7, 2022, at Wichita, Kansas.

_____
GWYNNE E. BIRZER
U.S. Magistrate Judge