# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| Aimee Allen, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Equifax Information Services, LLC, )<br>Experian Information Solutions, Inc., and )<br>PennyMac Loan Services, LLC, )<br>)<br>Defendants. ) | Case No.: 2:21-cv-2522 |

## STIPULATION OF DISMISSAL AS TO DEFENDANT
## <u>EXPERIAN INFORMATION SOLUTIONS, INC.</u>

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorneys and Defendant Experian Information Solutions, Inc. and Defendant's attorneys, that pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the above-titled action against Defendant Experian Information Solutions, Inc. shall be and hereby is dismissed with prejudice, with each side to bear its own fees and costs.

Respectfully Submitted,

**Callahan Law Firm, LLC**

*/s/ James R. Crump*
James R. Crump, KS 78704
Ryan M. Callahan, KS 25363
CALLAHAN LAW FIRM, LLC
222 W. Gregory Blvd., Suite 210
Kansas City, MO 64114
Tel: 816-822-4049
Fax: 913-273-1799
Email: james@callahanlawkc.com

**Kazerouni Law Group**
Anthony P. Chester, *pro hac vice*
KAZEROUNI LAW GROUP
120 South 6th Street, Suite 2050
Minneapolis, MN 55402
Telephone: (952) 225-5333
Facsimile: (800) 635-6425
Email: tony@kazlg.com
*Attorneys for Plaintiff*


**James Sobba, LLC**

/s/ *G. Edgar James*
G. Edgar James, KS 22407
JAMES SOBBA, LLC
4435 Main Street, Suite 910
Kansas City, MO 64111
Telephone: (816) 623-0544
Facsimile: (816) 623-0508
Email: ejames@jamessobba.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*



## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the United States District Court for the Western District of Missouri on the 24th day of March, 2022, with notice of case activity generated and sent to counsel of record.

/s/ James R. Crump
Attorney for Plaintiff