# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| Aimee Allen, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Equifax Information Services, LLC, | ) Case No.: 2:21-cv-2522 |
| Experian Information Solutions, Inc., and | ) |
| PennyMac Loan Services, LLC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL AS TO DEFENDANT
## PENNYMAC LOAN SERVICES, LLC

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorneys, and Defendant PennyMac Loan Services, LLC ("PennyMac") and PennyMac's attorneys, that pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the above-titled action against PennyMac only shall be and hereby is dismissed without prejudice, with each party to bear its own fees and costs.

Respectfully Submitted,

**Callahan Law Firm, LLC**

*/s/ James R. Crump*
James R. Crump, MO 65514
Ryan M. Callahan, MO 62666
CALLAHAN LAW FIRM, LLC
222 W. Gregory Blvd., Suite 210
Kansas City, MO 64114
Tel: 816-822-4049
Fax: 913-273-1799
Email: james@callahanlawkc.com
ryan@callahanlawkc.com

**Kazerouni Law Group**

Anthony P. Chester
KAZEROUNI LAW GROUP
120 South 6th Street, Suite 2050
Minneapolis, MN 55402
Telephone: (952) 225-5333
Facsimile: (800) 635-6425
Email: tony@kazlg.com
*Attorneys for Plaintiff*


By: /s/ Megan McCurdy
Megan McCurdy, KS #23473
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-3260
816.691-2649
816.691.3495 [F]
megan.mccurdy@stinson.com
*Attorneys for Defendant PennyMac Loan Services, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the United States District Court for the District of Kansas on the 16th day of May, 2022, with notice of case activity generated and sent to counsel of record.

/s/ James R. Crump
Attorney for Plaintiff