IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

AIMEE ALLEN,

      Plaintiff,

v.

      Case No. 21-2522-DDC-GEB

EQUIFAX INFORMATION SERVICES, LLC, et al.,

      Defendants.

## ORDER

The court has been notified that the parties have settled and compromised the claims in this lawsuit.

**IT IS THEREFORE ORDERED** that the clerk administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.  On or before **August 22, 2022,** the parties shall file a stipulation of dismissal under Rule 41(a)(1) of the Federal Rules of Civil Procedure.  If no such stipulation is received within the specified time and the parties have not reopened for the purpose of obtaining a final determination, this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, the Court's entry of final judgment of dismissal with prejudice under Rule 41(a)(2).

**IT IS SO ORDERED.**

Dated this 23rd day of June, 2022, at Kansas City, Kansas.

                                          s/ Daniel D. Crabtree
                                          **DANIEL D. CRABTREE**
                                          **UNITED STATES DISTRICT JUDGE**